IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01744-RPM

TIME INVESTMENT COMPANY, INC., and
THOMAS HAFEMAN,

    Plaintiffs,

v.

TOWN & COUNTRY FOODS, INC.,
TOWN & COUNTRY GREEN HOME, INC.,
BRENDA MOORE,
KIM MOORE,
SCOTT MOORE,

    Defendants.

_____

ORDER DECLARING MOTIONS MOOT
_____

The plaintiffs having filed an amended complaint, it is

ORDERED that the motions to dismiss [Docs. 15 & 17] are moot and it is

FURTHER ORDERED that the defendants shall respond to the amended complaint on or before November 17, 2015.

DATED:   October 30th, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge