IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01744-RPM

TIME INVESTMENT COMPANY, INC., and
THOMAS HAFEMAN,

    Plaintiffs,

v.

TOWN & COUNTRY FOODS, INC.,
TOWN & COUNTRY GREEN HOME, INC.,
BRENDA MOORE,
KIM MOORE,
SCOTT MOORE,

    Defendants.

_____

ORDER DENYING MOTIONS TO DISMISS
_____

Upon consideration of the motions to dismiss filed by Brenda Moore, Kim Moore and Scott Moore [Docs. 24, 26], it is

ORDERED that the motions are denied.

DATED: February 10th, 2016

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge