IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01744-RPM

TIME INVESTMENT COMPANY, INC., a Wisconsin corporation, and
THOMAS HAFEMAN,

Plaintiffs,

v.

TOWN & COUNTRY FOODS, INC., a Colorado corporation,
TOWN & COUNTRY GREEN HOME, INC., a Colorado corporation,
BRENDA MOORE,
KIM MOORE,
SCOTT MOORE,

Defendants.
_____

ORDER OF DISMISSAL WITH PREJUDICE OF
BRENDA MOORE, KIM MOORE AND SCOTT MOORE
_____

This matter having come on to be heard on the parties' Stipulation for Dismissal With Prejudice of Brenda Moore, Kim Moore and Scott Moore, and being fully advised in the premises, this Court

DISMISSES with prejudice this action as between Plaintiffs, Time Investment Company, Inc. and Thomas Hafeman, and Defendants Brenda Moore, Kim Moore and Scott Moore, each party to pay his, her or its own costs and fees.

Dated: April 28th, 2016

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge